1 | McGREGOR W. SCOTT
United States Attorney
2 | DAVID W. SPENCER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Feb 26, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANTS |
|---|---|
| N THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (541) 720-2042 & (916) 968-8093 | 2:19-SW-985-KJN |
| THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (541) 720-2042 & (916) 968-8093 | 2:19-SW-986-KJN |
| A BLUE NISSAN MAXIMA, WITH LICENSE PLATE 8LGG074 | 2:19-SW-1081-CKD |
| A 2009 BLUE NISSAN MAXIMA WITH LICENSE PLATE 8LGG074 | 2:20-SW-0002-DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 640-9543 | 2:20-SW-192-CKD |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 640-9543 | 2:20-SW-193-CKD |
| 2001 GREY GMC YUKON XL WITH LICENSE PLATE 7WUX983 | 2:20-SW-301-EFB |

1

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 222-6292 | 2:20-SW-395-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 222-6292 | 2:20-SW-396-AC |
| A 2016 white Nissan Versa, with license plate 8ROZ764 | 2:20-SW-454-DB |
| A 2008 black Toyota Scion, with license plate 6YVS157 | 2:20-SW-455-DB |
| INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNT "im.chito" THAT IS STORED AT PREMISES CONTROLLED BY SNAP, INC. | 2:20-SW-534-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 896-8190 | 2:20-SW-756-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 986-8190 | 2:20-SW-757-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 896-8190 | 2:20-SW-801-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-281-8551, WITH IMSI 310240130137730 | 2:20-SW-808-CKD |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 667-5694 | 2:20-SW-959-DB |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 667-5694 | 2:20-SW-968-DB |
| A 2009 BLUE NISSAN MAXIMA, WITH LICENSE PLATE 8LGG074 | 2:20-SW-972-DB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 621-7638 | 2:20-SW-1003-JDP |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ASSOCIATED WITH (916) 896-8190, (916) 621-7638, (916) 591-3917, (209) 605-5936, (530) 368-5271, and (916) 718-7426 | 2:20-SW-1009-JDP |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 721-9528 | 2:20-SW-1146-DB |
| A. 8357 Yermo Way, Sacramento, California 95828;<br>B. Honda Accord bearing CA license plate number 4HDX937;<br>C. Ford Mustang bearing CA license plate number 8RYY558;<br>D. Blue 2009 Nissan Maxima bearing CA license plate number 8LGG074 | 2:21-SW-022-KJN |
| 3205 West Capitol Avenue #12<br>West Sacramento, California 95691 | 2:21-SW-023-KJN |
| A. 7675 Manorside Drive, Sacramento, California 95832<br>B. Toyota Tacoma bearing CA license plate number 8S71563 | 2:21-SW-024-KJN |
| A. 7381 Pritchard Road, Sacramento, California 95828;<br>B. A gray 2007 Chevrolet pickup truck, bearing CA license plate number 49436S1;<br>C. A Teal 2007 Chevy Silverado, bearing CA license plate number 8K67921;<br>D. A 1991 Chevy truck, bearing CA license plate number 8Y64756 | 2:21-SW-025-KJN |

| | | |
|---|---|---|
| 1 | A. 8528 Bellamy Way, Sacramento, California 95828<br>B. A Jeep Compass bearing CA license plate number 6ASU504;<br>C. A Ford Explorer bearing CA license plate number 6GGM623;<br>D. A GMC Yukon bearing CA license plate number 7WUX983 | 2:21-SW-026-KJN |
| 2 | A. 4190 Sierra Vista Avenue, Sacramento, California 95820<br>B. a black 2015 Chrysler sedan bearing CA license plate number 8JSR366 | 2:21-SW-027-KJN |
| 3 | A. 5241 Crystal Hill Way Sacramento, California 95823;<br>B. A Honda Accord bearing CA license plate number 6JXW131;<br>C. A Honda Civic bearing CA license plate number 8AME145;<br>D. A Chevrolet Silverado bearing CA license plate Number 32899V1 | 2:21-SW-028-KJN |
| 4 | A. 3205 West Capitol Avenue #21, West Sacramento, California 95691;<br>B. The person of Jaime Castro Lazcano;<br>C. A black Chrysler 300, bearing CA license plate 8RSZ217;<br>D. A white 2009 Chevrolet Tahoe, bearing CA license plate 7BAV301 | 2:21-SW-029-KJN |
| 5 | A. 3205 West Capitol Avenue #38, West Sacramento, California 95691;<br>B. The person of Javier Hernandez;<br>C. A silver 1997 Honda Civic, bearing CA license plate 3XBJ248 | 2:21-SW-030-KJN |
| 6 | A. 1182 Franklin Avenue, Yuba City, California 95991;<br>B. The person of Robert Scott Frandsen;<br>C. A Dodge truck, bearing CA license plate 54470U1;<br>D. A Toyota sedan, bearing CA license plate 8HFY114 | 2:21-SW-031-KJN |
| 7 | A. 425 Chablis Way, Manteca, California 95337<br>B. A grey 2019 Dodge Charger, bearing CA license plate number 8HTP712 | 2:21-SW-032-KJN |
| 8 | A. 7618 Amherst Street, #4, Sacramento, California<br>B. A Black 2008 Toyota Scion, bearing CA license Plate number 6YVS157;<br>C. A White 2016 Nissan Versa, bearing CA license plate number 8ROZ764 | 2:21-SW-033-KJN |

4

## **ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: February 26, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

5